IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEPHEN D. MASSEY,**

**Plaintiff,**

vs.

**CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.; and
GENERAL MOTORS CORPORATION,**

**Defendants.**                                    **No. 05-CV-598-DRH**

**ORDER**

**HERNDON, District Judge:**

Before the Court is a motion submitted by Plaintiff Stephen D. Massey ("Plaintiff") seeking a stay pending this Court's decision on his motion to remand, or, in the alternative, thirty additional days to respond the "numerous" motions that Defendants have filed. (Doc. 12.) The Court recently denied Plaintiff's motion to remand (Doc. 58); that aspect of Plaintiff's motion, therefore, is moot. Further, other than the instant motion, the Court is aware of only one pending motion to which Plaintiff has not responded: Defendant Cottrell's motion to dismiss, which was filed

on December 23, 2005. (Doc. 46.) The Court **EXTENDS** Plaintiff's time to respond to this motion (Doc. 46) until March 20, 2006. Plaintiff's motion is otherwise **DENIED**. (Doc. 56.)

      **IT IS SO ORDERED**.

Signed this 17th day of February, 2006.

      /s/         David   RHerndon
      **United States District Judge**