IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEPHEN D. MASSEY,**

**Plaintiff,**

**v.**

**CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,**

**Defendants.** NO. 05-CV-598-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Defendant Cottrell, Inc. ("Cottrell") to file a reply brief in excess of five pages. (Doc. 63.) The Court **DENIES** this motion. **S.D. ILL. L.R. 7.1 (c), (d)**. (Doc. 63.) The reply brief that Cottrell has filed — which exceeds five pages in length — is hereby **STRICKEN**. (Doc. 64.)

**IT IS SO ORDERED**.

Signed this 7th day of March, 2006.

/s/     David   RHerndon
**United States District Judge**