IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEPHEN D. MASSEY**

**Plaintiff,**

vs.                                                       NO.  05-CV-598-DRH

**CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,**

**Defendants.**

## ORDER

This matter is before the court on Plaintiff's Motion for Extension of Time to Respond to Nissan's Summary Judgment Motion. Defendant Nissan does not oppose this motion. For good cause shown, Plaintiff's motion is **GRANTED** and it is hereby ordered that Plaintiff has up to and including October 20, 2006 to file his response to Nissan's Motion for Summary Judgment.

**IT IS SO ORDERED**.

Signed this 8th day of September, 2006.

/s/      David   RHerndon
**United States District Judge**

1