IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

**Plaintiff,**

vs.                                                    NO. 05-CV-598-DRH

CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,

**Defendants.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for extension of time (Doc. 98) to respond to Defendant KSC Leasing, LLC's ("Defendant") motion for summary judgment (Doc. 90). Plaintiff also requests that Defendant produce Kay Cassens for deposition. The Court **GRANTS** Plaintiff's motion (Doc, 98) and **DIRECTS** Defendant to work **immediately** with Plaintiff's counsel to find a time and a place that is convenient to all parties for Plaintiff's counsel to depose Ms. Cassens. Plaintiff is **GRANTED**

1

14 days after the deposition of Kay Cassens to respond to KSC Leasing, LLC's motion for summary judgment.

The Court took particular note of the many decisions against plaintiffs who have attempted to litigate similar issues against this defendant. The parties, and particularly counsel for the Plaintiff, should not take this order as an endorsement of the relative legitimacy of this activity with regard to any future Rule 11 considerations. Plaintiff's pleadings regarding this particular issue, when reviewed in the light of the numerous substantive orders against plaintiffs in similar cases, call into question the breadth of counsel's compliance with Rule 11(b).

**IT IS SO ORDERED**.

Signed this 25th day of September, 2006.

/s/      David    RHerndon
**United States District Judge**