IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

**Plaintiff,**

vs.                                                                   NO. 05-CV-598-DRH

CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,

**Defendants.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for extension of time to respond to Defendant Cassens Corporation's motion for summary judgment. (Doc. 103.) Plaintiff's motion states that Plaintiff's response is due by October 2, 2006. However, Cassens Corporation's motion for summary judgment was filed on August 21, 2006 (Doc. 91) and, therefore, Plaintiff's response was actually due on September 25, 2006. However, because of the other mitigating factors, the Court **GRANTS** Plaintiff's

1

motion. (Doc. 103.)  Plaintiff has until October 17, 2006 to file a response to Cassens Corporation's motion for summary judgment.

**IT IS SO ORDERED**.

Signed this 6th day of October, 2006.

/s/          David    RHerndon
**United States District Judge**