IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

Plaintiff,

vs.                                       NO. 05-CV-598-DRH

CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,

Defendants.

# ORDER

Now before the court is Defendant Cottrell's Motion for Leave to File Brief in Excess of Page Limit. (Doc. 146.) Being fully advised in the premises, the Court **GRANTS** Defendant Cottrell's motion. (Doc. 146.) Because Cottrell has already electronically filed its reply in support of its motion for summary judgment (Doc. 147), no further action is required. However, the Court wishes to clarify that, in the future, Cottrell should first file a motion for leave to file. Instead of also filing the proposed document *instanter*, the Court directs Cottrell to e-mail the proposed document(s) to its Chambers e-mail address at DRHpd@ilsd.uscourts.gov for review, and

then Cottrell will later be allowed to file the document if the motion for leave to file is granted.  See **Section 2.10 of the CM/ECF User's Manual.**

**IT IS SO ORDERED**.

Signed this 5th day of December, 2006.

<u>/s/        David   RHerndon</u>
**United States District Judge**