IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

Plaintiff,

vs.  NO. 05-CV-598-DRH

CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,

Defendants.

## ORDER

**HERNDON, District Judge:**

Now before the court is Plaintiff's Notice of Withdrawal of Motion for Extension of Time. (Doc. 154.) Plaintiff's Notice states that Plaintiff wishes to withdraw his motion for extension of time (Doc. 152) because "the response to the motion to transfer is not yet due." (Doc. 154.) This statement is incorrect. Parties have 10 days to respond to motions to transfer. **SDIL-LR 7.1(g)**. Defendant Cottrell filed its motion to transfer (Doc. 121) on November 14, 2006. Clearly, the time for Plaintiff to file a response has lapsed. Therefore, the Court will not withdraw Plaintiff's motion for extension of time. (Doc. 152.) The Court will wait to rule on

1

Plaintiff's motion for extension of time (Doc. 152) until Defendants' time to respond to this motion has expired.

**IT IS SO ORDERED**.

Signed this 15th day of December, 2006.

/s/        David   RHerndon<br>**United States District Judge**