IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

**Plaintiff,**

vs.                                         NO. 05-CV-598-DRH

CASSENS & SONS, INC.;
CASSENS CORPORATION;
UNKNOWN COMMERCIAL LESSORS
IN THE CASSENS FAMILY;
UNKNOWN TRAILER AND RATCHET
COMPONENT DISTRIBUTORS/
MANUFACTURERS;
NISSAN NORTH AMERICA, INC.;
GENERAL MOTORS CORPORATION;
COTTRELL, INC.; and
KSC LEASING, LLC,

**Defendants.**

### ORDER

Now before the Court is Plaintiff's Motion for Extension of Time. (Doc. 152.) The motion is unopposed. Therefore, the Court **GRANTS** Plaintiff's Motion for Extension of Time. (Doc. 152.) Plaintiff has already submitted his response to Cottrell's Motion to Transfer, so no other action is required at this time. However, the Court wishes to remind Plaintiff that in the future, Plaintiff should request leave to file a document out of time if the deadline for filing a response has passed. In addition, rather than filing the document *instanter*, the Court directs Plaintiff to email the proposed document(s) to his Chambers' e-mail address at DRHpd@ilsd.uscourts.gov for review. Only once the Court grants leave to

1

file the document(s) may the document(s) be filed. *See* **Section 2.10 of the CM/ECF User's Manual.**

      **IT IS SO ORDERED**.

      Signed this 4th day of January, 2007.

                                          /s/      David   RHerndon
                                          **United States District Judge**