## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEPHEN D. MASSEY,**

**Plaintiff,**

**vs.**                                              **NO.  05-CV-598-DRH**

**CASSENS & SONS, INC. et al.,**

**Defendants.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Cottrell's motion to withdraw motion to transfer and notice of partial settlement. (Doc. 167.) Being fully advised in the premises, the Court **GRANTS** Defendant Cottrell's motion to withdraw its motion to transfer (Doc. 167) and **WITHDRAWS** Defendant Cottrell's motion to transfer (Doc. 121).  The Court will await further information regarding the dismissal of claims against Defendant Cottrell.

**IT IS SO ORDERED**.

Signed this 30th day of January, 2007.


/s/          David  RHerndon
**United States District Judge**