IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

Plaintiff,

vs.  NO. 05-CV-598-DRH

CASSENS & SONS, INC., et al.,

Defendants.

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for extension of time to respond to motion to bar Plaintiff's expert. (Doc. 175.) The motion is unopposed. The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion (Doc. 175) and **EXTENDS** Plaintiff's time to file a response to Defendant Cottrell's motion to bar Plaintiff's expert (Doc. 166) until March 5, 2007.

**IT IS SO ORDERED**.

Signed this 9th day of February, 2007.

/s/      David   RHerndon
**United States District Judge**

1