IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY,

Plaintiff,

vs.                                                        NO.  05-CV-598-DRH

CASSENS & SONS, INC. et al.,

Defendants.

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Nissan North America, Inc.'s ("NNA's") motion to withdraw its motion to transfer and notice of partial settlement. (Doc. 178.)  Being fully advised in the premises, the Court **GRANTS** Defendant NNA's motion to withdraw its motion to join Co-Defendant Cottrell Inc.'s motion to transfer (Doc. 178) and **WITHDRAWS** Defendant NNA's motion (Doc. 149).  The Court will await further information regarding the dismissal of claims against Defendant NNA.

**IT IS SO ORDERED**.

Signed this 13th day of February, 2007.

/s/         David RHerndon
**United States District Judge**

1