IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

Plaintiff,

vs.                                    NO.  05-CV-598-DRH

CASSENS & SONS, INC., et al.,

Defendants.

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's second motion for extension of time to respond to Cottrell's motion to bar Plaintiff's expert from testifying. (Doc. 186.)  The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion (Doc. 186) and **EXTENDS** Plaintiff's time to file a response to Defendant Cottrell's motion to bar Plaintiff's expert (Doc. 166) until March 12, 2007.

**IT IS SO ORDERED**.

Signed this 6th day of March, 2007.

/s/         David   RHerndon
**United States District Judge**

1