IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY,

Plaintiff,

vs. NO. 05-CV-598-DRH

CASSENS & SONS, INC. et al.,

Defendants.

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion to dismiss Cottrell, Inc. with prejudice. (Doc. 189.) The Court **GRANTS** Plaintiff's motion. (Doc. 189.) Defendant Cottrell, Inc. is dismissed with prejudice.

**IT IS SO ORDERED**.

Signed this 8th day of March, 2007.

/s/     David   RHerndon
**United States District Judge**

1