IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN D. MASSEY

Plaintiff,

vs.                        NO. 05-CV-598-DRH

CASSENS & SONS, INC., et al.,

Defendants.

### ORDER

**HERNDON, District Judge:**

       Now before the Court is Plaintiff's motion for extension of time to respond to Defendant Cassens and Sons, Inc.'s motion for summary judgment filed March 21, 2007, the day Plaintiff's response was actually due. (Doc. 193.) The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion (Doc. 193) and **EXTENDS** Plaintiff's time to file a response to Defendant Cassens and Sons, Inc.'s motion for summary judgment (Doc. 180) until March 26, 2007.[1]

       **IT IS SO ORDERED**. Signed this 22nd day of March, 2007.

                                     /s/       David RHerndon
                                     **United States District Judge**

---

[1] However, the Court wishes to advise Plaintiff that in the future, if he wishes to request an extension, he should do so prior to the date that the document is due.