IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN D. MASSEY, ) | |
| ) | No. 05-CV-598 DRH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CASSENS & SONS, INC.; CASSENS ) | |
| CORPORATION; UNKNOWN ) | |
| COMMERCIAL LESSORS IN THE ) | |
| CASSENS FAMILY; UNKNOWN ) | |
| TRAILER AND RATCHET COMPONENT) | |
| DISTRIBUTORS/MANUFACTURERS; ) | |
| NISSAN NORTH AMERICA, INC.; ) | |
| GENERAL MOTORS CORP.; ) | |
| COTTRELL INC.; and KSC LEASING, ) | |
| LLC, ) | |
| Defendants. ) | |

## ORDER

Now before the Court is defendant Cassens & Sons, Inc.'s Motion for Extension of Time to File its Reply filed on April 3, 2007. The Court, being fully advised in the premises, GRANTS defendant's motion and extends defendant's time to file a Reply to Plaintiff's Response and Objection to Defendant Cassens & Sons, Inc.'s Motion for Summary Judgment to April 9, 2007.

SO ORDERED:            /s/    David   RHerndon
                                         U.S. District Judge

DATED: April 5, 2007

1