IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN D. MASSEY, | ) |
| | ) No. 05-CV-598 DRH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CASSENS & SONS, INC.; CASSENS CORPORATION; UNKNOWN COMMERCIAL LESSORS IN THE CASSENS FAMILY; UNKNOWN TRAILER AND RATCHET COMPONENT DISTRIBUTORS/MANUFACTURERS; NISSAN NORTH AMERICA, INC.; & GENERAL MOTORS CORP., | ) |
| Defendants. | ) |

## ORDER

Now before the Court is defendant Cassens & Sons, Inc.'s Motion to Substitute Exhibit filed on April 5, 2007. The Court, being fully advised in the premises, GRANTS defendant's motion and hereby allows substitution of the executed Affidavit of Clarence Brown as Ex. B In Support of Motion for Summary Judgment (Doc. No. 180 and Doc. No. 181).

SO ORDERED:

/s/    David   RHerndon
United States District Judge

DATED: April 6, 2007